IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

01 APR 19 PM 3: 35

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 99-566 JC |
| vs. ) | 18 U.S.C. § 844(i): Malicious |
| ) | Damage to a Building By |
| RICKY LEE MCDONALD, ) | Means of Fire. |
| ) | 18 U.S.C § 248 (a)(3): Freedom of |
| ) | Access to Clinic Entrances; |
| ) | 18 U.S.C 844 (h): Use of Fire or an |
| ) | Explosive to Commit any Felony. |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 16th day of March, 1999, in Albuquerque, Bernalillo County, in the State and District of New Mexico, the defendant, **Ricky Lee McDonald**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, the building located at 701 San Mateo N.E., Albuquerque, New Mexico, which was used in interstate commerce and in an activity affecting interstate commerce.

In violation of 18 U.S.C. § 844(i).

### COUNT II

On or about the 1st day of May, 1999, in Albuquerque, Bernalillo County, in the State and District of New Mexico, the defendant, **Ricky Lee McDonald**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, the building



located at 701 San Mateo N.E., Albuquerque, New Mexico, which was used in interstate commerce and in an activity affecting interstate commerce.

In violation of 18 U.S.C. § 844 (i).

### COUNT III

On or about the 1st day of May, 1999, in Albuquerque, Bernalillo County, in the State and District of New Mexico, the defendant, **Ricky Lee McDonald** intentionally damaged and destroyed and attempted to damage and destroy the property of the Planned Parenthood Clinic located at 701 San Mateo N.E. in Albuquerque, N.M., which provided reproductive health care services and he did so because the facility provided reproductive health care services under circumstances such that the offense affected interstate commerce.

In violation of 18 U.S.C. § 248 (a) (3).

### COUNT IV

On or about the 1st day of May, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, **Ricky Lee McDonald** knowingly and willfully used fire and an explosive to commit an offense prosecutable as a felony in a court of the United States; that is the felony of damage to a facility providing reproductive health services, charged in Count III of this Indictment and incorporated herein.

In violation of 18 U.S.C. § 844 (h) (1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
NORMAN C. BAY
United States Attorney

04/18/01 4:00pm

S:\grand LCR\2001\April.01\LC\McDonaldsuperseding.ind.wpd