IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 99-566 JC (S) |
| vs. ) | 18 U.S.C. § 844(i): Malicious |
| ) | Damage to a Building By |
| RICKY LEE MCDONALD, ) | Means of Fire. |
| ) | 18 U.S.C § 248 (a)(3) and (b)(2): |
| Defendant. ) | Freedom of Access to Clinic |
| ) | Entrances; |
| ) | 18 U.S.C 844 (h): Use of Fire or an |
| ) | Explosive to Commit any Felony. |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT I

On or about the 1st day of May, 1999, in Albuquerque, Bernalillo County, in the State and District of New Mexico, the defendant, **Ricky Lee McDonald**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, the building located at 701 San Mateo N.E., Albuquerque, New Mexico, which was used in interstate commerce and in an activity affecting interstate commerce.

In violation of 18 U.S.C. § 844 (i).

### COUNT II

On or about the 1st day of May, 1999, in Albuquerque, Bernalillo County, in the State and District of New Mexico, the defendant, **Ricky Lee McDonald**, intentionally damaged and destroyed and attempted to damage and destroy the property of the Planned Parenthood Clinic

located at 701 San Mateo N.E. in Albuquerque, N.M., which provided reproductive health care services and he did so because the facility provided reproductive health care services, under circumstances such that the offense affected interstate commerce.

In violation of 18 U.S.C. § 248 (a) (3) and (b) (2).

## COUNT III

On or about the 1st day of May, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, **Ricky Lee McDonald** knowingly and willfully used fire and an explosive to commit an offense prosecutable as a felony in a court of the United States, that is, the felony of damage to a facility providing reproductive health services, charged in Count II of this Indictment and incorporated herein.

In violation of 18 U.S.C. § 844 (h) (1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney

03/17/03 2:09pm

N:\MMcCulloch\Mcdonaldr\superseding indictment2003.wpd